# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADEAN DENT,<br><br>            Plaintiff,<br><br>     v.<br><br>ELVA LOPEZ, M.D.; C. R. BARD, INC., A NEW JERSEY CORPORATION; DAVOL, INC., A NEW JERSEY CORPORATION AND A WHOLLY OWNED SUBSIDIARY OF C. R. BARD INC.; SOFRADIM PRODUCTION SAS; AND DOES 1-100,<br><br>            Defendants. | Case No. 1:14-CV-00442-LJO-SMS<br><br>ORDER VACATING COURT'S JULY 7, 2014 ORDER.<br><br>(Doc. No. 20) |

Before the Court in the above-styled and numbered cause of action is Defendants' Request for Reconsideration, filed July 21, 2014 (Doc. No. 21). Plaintiff consented to proceed before a magistrate judge. (Doc. No. 10). The Court considered Defendants' motions and conduct as implied consent. In light of Defendants' Request for Reconsideration, the Court will vacate its July 7, 2014 Order, and will instead issue an order with findings and recommendations. Accordingly,

IT IS HEREBY ORDERED that the Court's July 7, 2014 Order is VACATED.

IT IS SO ORDERED.

Dated:  **July 22, 2014**            **/s/ Sandra M. Snyder**
                                                  UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28